# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1921

_____

Eulah B. Bailey,                        *
                                        *
            Appellant,                  *
                                        *   Appeal from the United States
       v.                               *   District Court for the
                                        *   Western District of Missouri.
John E. Potter, Postmaster General,     *
                                        *   [UNPUBLISHED]
            Appellee.                   *

_____

Submitted: May 15, 2008
Filed: June 3, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Eulah Bailey appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination case. We agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.